```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 04055
   TRINA GRAHAM HODO
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
       Debtor
   SSN XXX-XX-9722


---------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 02/08/2005 and was confirmed 04/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/15/2009.
---------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------
LITTON LOAN SERVICING      CURRENT MORTG         .00             .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE     2241.95             .00        2241.95
WFS FINANCIAL              SECURED          15575.00         1926.53       15575.00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG         .00             .00            .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE   12107.98             .00       12107.98
WFS FINANCIAL              UNSECURED         5972.69             .00        5972.69
INTERNAL REVENUE SERVICE   FILED LATE            .00             .00            .00
INTERNAL REVENUE SERVICE   FILED LATE            .00             .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,135.20                       3,135.20
TOM VAUGHN                 TRUSTEE                                          2,627.06
DEBTOR REFUND              REFUND                                             319.92

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE              43,906.33

PRIORITY                                          .00
SECURED                                     29,924.93
    INTEREST                                 1,926.53
UNSECURED                                    5,972.69
ADMINISTRATIVE                               3,135.20
TRUSTEE COMPENSATION                         2,627.06
DEBTOR REFUND                                  319.92
                     --------------        --------------
TOTALS               43,906.33              43,906.33
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE